No. 937, Misc. LOCKE v. ILLINOIS. Supreme Court of Illinois. Certiorari denied. 

No. 938, Misc. WESSON v. ELLIS, GENERAL MANAGER, TEXAS DEPARTMENT OF CORRECTIONS, ET AL. Court of Criminal Appeals of Texas. Certiorari denied.

No. 939, Misc. BAILEY v. OHIO. Supreme Court of Ohio. Certiorari denied.

No. 940, Misc. HANOVICH v. SACKS, WARDEN. Supreme Court of Ohio. Certiorari denied.

No. 943, Misc. FUGATE v. NEBRASKA. Supreme Court of Nebraska. Certiorari denied. *Frederick H. Wagener* for petitioner. 

No. 945, Misc. YOUNGQUIST v. BRUCKER, SECRETARY OF THE ARMY. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se. Solicitor General Rankin, Assistant Attorney General Doub* and *Samuel D. Slade* for respondent.

No. 946, Misc. EX PARTE SHERWOOD. C. A. 9th Cir. Certiorari denied.

No. 947, Misc. SMITH v. INDUSTRIAL ACCIDENT COMMISSION ET AL. Supreme Court of California. Certiorari denied.

No. 964, Misc. MORRISON v. UNITED STATES. C. A. 2d Cir. Certiorari denied. Petitioner *pro se. Solicitor General Rankin, Assistant Attorney General Wilkey* and *Theodore George Gilinsky* for the United States.